# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 18, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152743

CLAY W. LONG,
   Plaintiff/Counter Defendant-
   Appellant,

v

                SC: 152743
HARBOR POINT ASSOCIATION,    COA: 322327
   Defendant/Counter Plaintiff/Third Emmet CC: 2013-103876-CH
   Party Plaintiff-Appellee,
and

LYNSEY LONG,
   Third Party Defendant.
_____/

   On order of the Chief Justice, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 18, 2016

